JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: February 26, 2010

Check No. 2003142

Check Amount: $4,604.87

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 04-44436-R | 00002 | RALPH & JACKIE LOU MERRICK | 5 | XXXXX5280 | 47.08 | 0.00 | 47.08 |
| | | Original check written to: CHEVRON CREDIT BANK, N.A. 2001 DIAMOND BLVD. P. O. BOX 5010, SECT. 230 CONCORD, CA 94524-0010 | | | | | |
| 04-44648-R | 00005 | THOMAS C. & DORIS D. TAYLOR | 10 | XXXXX9582 | 51.01 | 0.00 | 51.01 |
| | | Original check written to: CITIFINANCIAL INVESTMENT RECOVERY 1111 NORTHPOINT DRIVE, BLDG 4 COPPELL, TX 75019-3831 | | | | | |
| 04-44783-R | 00019 | GRANT EVERETT & JENNIFER GAYLE OAKLEY | 9 | XXXXX0870 | 37.06 | 0.00 | 37.06 |
| | | Original check written to: SECURITY FINANCE CENTRAL BANKRUPTCY 652 BUSH RIVER ROAD #206 COLUMBIA, SC 29210-7537 | | | | | |
| 04-44843-R | 00015 | NOE VILLARREAL, JR. & FRANCISCA DEL CARMEN VILLARREAL | 1 | 1755 | 29.40 | 0.00 | 29.40 |
| | | Original check written to: CHEVRON CREDIT BANK, N.A. 2001 DIAMOND BLVD. P. O. BOX 5010, SECT. 230 CONCORD, CA 94524-0010 | | | | | |
| 04-45381-R | 00007 | DEBORAH A. HOLLOWAY | 2 | 1957 | 34.76 | 0.00 | 34.76 |
| | | Original check written to: CHEVRON CREDIT BANK, N.A. 2001 DIAMOND BLVD. P. O. BOX 5010, SECT. 230 CONCORD, CA 94524-0010 | | | | | |
| 04-45824-R | 00024 | CARL FREDERICK EGAN & TINA SUE CURRY | 5 | XXXXXEGAN | 130.54 | 0.00 | 130.54 |
| | | Original check written to: DR. TEA ACUFF 209 NORTH BONNIE BRAE STREET SUITE 303 DENTON, TX 76201 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: February 26, 2010

Check No. 2003142

Check Amount: $4,604.87

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 04-45868-R | 00084 | JAMES WENDELL & AMANDA LYNN ENSMINGER SLIGAR | 3 | 6657 | 221.34 | 0.00 | 221.34 |
| | | Original check written to: WELLS FARGO FINANCIAL BANK<br>P. O. BOX 5058<br>SIOUX FALLS, SD 57117-5058 | | | | | |
| 04-50223-R | 00043 | LARRY THURMAN & CATHY ANN WHITE | 2 | XXXXX9937 | 17.42 | 0.00 | 17.42 |
| | | Original check written to: TITUS PATHOLOGY SERVICES, PA<br>P. O. BOX 740968<br>DALLAS, TX 75374 | | | | | |
| 05-30087-R | 00027 | NORMAN T. & TAMARA G. CAVINESS | 40 | XXXXXIDED | 23.65 | 0.00 | 23.65 |
| | | Original check written to: AMY MILLER<br>153 EMILY DRIVE<br>SALISBURY, MD 21804 | | | | | |
| 05-30087-R | 00050 | NORMAN T. & TAMARA G. CAVINESS | 33 | 0596 | 20.14 | 0.00 | 20.14 |
| | | Original check written to: PROGRESSIVE INSURANCE<br>P. O. BOX 16520<br>RICHMOND HEIGHTS, OH 44143 | | | | | |
| 05-30087-R | 00054 | NORMAN T. & TAMARA G. CAVINESS | 22 | 3573 | 13.59 | 0.00 | 13.59 |
| | | Original check written to: PREPRESS<br>P. O. BOX 3899<br>PHOENIX, AZ 85030-3899 | | | | | |
| 05-30087-R | 00070 | NORMAN T. & TAMARA G. CAVINESS | 26 | XXXXX7961 | 25.37 | 0.00 | 25.37 |
| | | Original check written to: CONTINENTAL CREDIT<br>C/O SECURITY FINANCE-CENTRL BKCY<br>652 BUSH RIVER ROAD #206<br>COLUMBIA, SC 29210-7537 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: February 26, 2010

Check No. 2003142

Check Amount: $4,604.87

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-40478-R | 00007 | STEVE D. & GLENNDA M. ROSS | 1 | XXXXX0553 | 984.30 | 0.00 | 984.30 |
| | | Original check written to: <br> EBBETTS PARTNERS II LTD. <br> C/O WELTMAN, WEINBERG, & REIS <br> 323 WEST LAKESIDE AVENUE, 2ND FLOOR <br> CLEVELAND, OH 44113 | | | | | |
| 05-41623-R | 00031 | GARY DON & MICA TALITHA BROCKMAN | 11 | XXXXX2255 | 0.33 | 0.00 | 0.33 |
| | | Original check written to: <br> SECURITY FINANCE CENTRAL BANKRUPTCY <br> 209 DAWSON ROAD <br> STE 4B <br> COLUMBIA, SC 29223-1740 | | | | | |
| 05-42097-R | 00020 | GARY DON & BETH COLLEN COX HAYES | 13 | XXXXX7152 | 20.05 | 0.00 | 20.05 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEPT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |
| 05-44413-R | 00023 | HAROLD GREGORY & KRISTIN L. RICHMOND | 1 | XXXXX7570 | 62.34 | 11.53 | 73.87 |
| | | Original check written to: <br> SELECT PORTFOLIO SERVICING <br> P. O. BOX 65450 <br> SALT LAKE CITY, UT 84165 | | | | | |
| 05-44989-R | 00018 | RICKY B. & LORIE L. GILLEAN | 10 | XXXXX7285 | 1.72 | 0.00 | 1.72 |
| | | Original check written to: <br> CSANT <br> P. O. BOX 961094 <br> FORT WORTH, TX 76161 | | | | | |
| 06-40103-R | 00014 | MONTY RAY VANDERGRIFF, JR. & KIMBERLY DENISE VANDERGRIFF <br> Original check written to: <br> CHEVRON <br> P. O. BOX 981430 <br> EL PASO, TX 79998-1430 | 2 | XXXXX1854 | 113.34 | 0.00 | 113.34 |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: February 26, 2010

Check No. 2003142

Check Amount: $4,604.87

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 06-40103-R | 00019 | MONTY RAY VANDERGRIFF, JR. & KIMBERLY DENISE VANDERGRIFF | 1 | XXXXX9659 | 8.23 | 0.00 | 8.23 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 06-40293-R | 00026 | DONNIE & SUSAN BROWN | 5 | XXXXX9194 | 124.22 | 0.00 | 124.22 |
| | | Original check written to: LEWISVILLE ISD C/O ROBERT E. LUNA 4411 NORTH CENTRAL EXPRESSWAY DALLAS, TX 75205 | | | | | |
| 06-41825-R | 00029 | DONALD RAY & JENNIFER LYNN WILLIAMS | 2 | 1813 | 0.00 | 167.00 | 167.00 |
| | | Original check written to: WELLS FARGO 1 HOME CAMPUS DES MOINES, IA 50328-0001 | | | | | |
| 06-41825-R | 00033 | DONALD RAY & JENNIFER LYNN WILLIAMS | 3 | 1312 | 0.00 | 637.77 | 637.77 |
| | | Original check written to: FORD MOTOR CREDIT COMPANY P. O. BOX 55000 DRAWER 55-953 DETROIT, MI 48255-0953 | | | | | |
| 06-41825-R | 00056 | DONALD RAY & JENNIFER LYNN WILLIAMS | 0 | XXXXX9167 XXXXX3355 | 0.00 | 89.20 | 89.20 |
| | | Original check written to: WELLS FARGO 1 HOME CAMPUS DES MOINES, IA 50328-0001 | | | | | |
| 07-43097-R | 00001 | CARLOS & LINDA MARIE BUSTOS | 4 | XXXXX8500 | 0.00 | 1.41 | 1.41 |
| | | Original check written to: TRIAD FINANCIAL CORP 5201 RUFE SNOW DRIVE SUITE 400 NORTH RICHLAND HILLS, TX 76180 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: February 26, 2010

Check No. 2003142

Check Amount: $4,604.87

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 08-41447-R | 00006 | TIFFNEY L. MCADOO | 15 | XXXXX5182 | 0.00 | 19.77 | 19.77 |
| | | Original check written to: <br> FORT WORTH CREDIT UNION <br> 1905 FOREST RIDGE ROAD <br> BEDFORD, TX 76095 | | | | | |
| 08-42321-R | 00006 | GEORGE WASHINGTON HARGROVE, III & REGINA LYNN HARGROVE | 2 | 1353 | 0.00 | 0.04 | 0.04 |
| | | Original check written to: <br> WELLS FARGO HOME MORTGAGE <br> 1 HOME CAMPUS <br> MAC#X2302-04C <br> DES MOINES, IA 50328 | | | | | |
| 08-42665-R | 00010 | ORREN MATTHEW STEIN | 18 | 3912 | 0.00 | 38.69 | 38.69 |
| | | Original check written to: <br> COUNTRYWIDE HOME LOANS <br> 7105 CORPORATE DRIVE <br> MAIL STOP: PTX-B-209 <br> PLANO, TX 75024-1319 | | | | | |
| 08-42665-R | 00013 | ORREN MATTHEW STEIN | | XXXXX7669 | 34.20 | 0.00 | 34.20 |
| | | Original check written to: <br> MERCEDES BENZ-FINANCIAL <br> CUSTOMER SERVICE <br> P. O. BOX 8065 <br> ROYAL OAK, MI 48068 | | | | | |
| 08-42729-R | 00079 | KENNETH DEAN & DAWN LOUISE COOK | 6 | 4907 | 0.00 | 40.02 | 40.02 |
| | | Original check written to: <br> AMERICAN HOME MORTGAGE SERVICING, INC. <br> P. O. BOX 631730 <br> IRVING, TX 75063-0002 | | | | | |
| 08-42961-R | 00004 | BONG JOON CHOI | 2 | XXXXX5170 | 0.00 | 4.51 | 4.51 |
| | | Original check written to: <br> WELLS FARGO BANK <br> 3476 STATE VIEW BLVD <br> FORT MILL, SC 29715-7200 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: February 26, 2010

Check No. 2003142

Check Amount: $4,604.87

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 09-40253-R | 00016 | WILLIAM EDWARD PIKE | 12 | XXXXX3DEN | 0.00 | 56.37 | 56.37 |
| | | Original check written to: <br> DENTON ISD <br> C/O SAWKO & BURROUGHS <br> 1100 DALLAS DRIVE, SUITE 100 <br> DENTON, TX 76205 | | | | | |
| 09-40253-R | 00033 | WILLIAM EDWARD PIKE | 13 | XXXXX3DEN | 0.00 | 169.56 | 169.56 |
| | | Original check written to: <br> COUNTY OF DENTON <br> C/O MCCREARY VESELKA BRAGG <br> 700 JEFFREY WAY, SUITE 100 <br> P. O. BOX 1269 <br> ROUND ROCK, TX 78680 | | | | | |
| 09-40288-R | 00005 | RUBEN L. GARDNER | 13 | 2742 | 15.02 | 124.16 | 139.18 |
| | | Original check written to: <br> ONEWEST BANK FSB <br> 6900 BEATRICE DRIVE <br> KALAMAZOO, MI 49009 | | | | | |
| 09-40603-R | 00027 | JAMES M. LEVERETT, JR. | 18 | 2286 | 0.00 | 37.79 | 37.79 |
| | | Original check written to: <br> WACHOVIA MORTGAGE <br> ATTN: BANKRUPTCY DEPARTMENT <br> P. O. BOX 659558 <br> SAN ANTONIO, TX 78265-9558 | | | | | |
| 09-40603-R | 10027 | JAMES M. LEVERETT, JR. | 18 | 2286 | 0.00 | 26.01 | 26.01 |
| | | Original check written to: <br> WACHOVIA MORTGAGE <br> ATTN: BANKRUPTCY DEPARTMENT <br> P. O. BOX 659558 <br> SAN ANTONIO, TX 78265-9558 | | | | | |
| 09-41771-R | 00008 | WILLIAM JAMES & MARIANNE KELLY MCCLEARY | | XXXXX3193 | 840.93 | 0.00 | 840.93 |
| | | Original check written to: <br> TOYOTA MOTOR CREDIT CORPORATION <br> P. O. BOX 8026 <br> CEDAR RAPIDS, IA 52408-8026 | | XXXXX2045 | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: February 26, 2010

Check No. 2003142

Check Amount: $4,604.87

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 09-42108-R | 00008 | TERRY HARRISON & CHERYLON EUGENA MCDAVIS-HARRISON<br>Original check written to:<br>DT CREDIT CORP.<br>100 E. AIRPORT FRWY.<br>IRVING, TX 75062 | | 0 | 325.00 | 0.00 | 325.00 |
| | | | **TOTALS** | | $3,181.04 | $1,423.83 | $4,604.87 |